UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE: )
DAVID E. SHOEMAKER ) Case No. 10-62546
)
    Debtor. )

## MOTION TO DISMISS

Comes now the Debtor, DAVID E. SHOEMAKER, by and through counsel, and moves to dismiss this case pursuant to 11 USC 1307(b) the above titled case without prejudice. In support of said motion the Debtor states the following:

1. This case was filed on October 19, 2010.

2. This case was not converted under section 702, 1112, or 1208.

3. The dismissal would not prejudice any creditor.

WHEREFORE, the Debtor requests an order from this Court dismissing this case and for such other and further relief that the Court deems just and proper.

          STAUFFER LAW FIRM, LLC

          /s/ Travis W. Holthouse
          TRAVIS W. HOLTHOUSE (MO #54933)
          204 West Main Street
          West Plains, MO 65775
          Telephone: (417) 256-5140
          Facsimile: (417) 256-5270

          ATTORNEY FOR DEBTOR